# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-2019

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

November 11, 2019

**VIA ECF**
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  **United States v. Ferrtides**
     **Docket No.: 18-cr-00319-LTS**

Dear Judge Swain:

I represent Milton Chardon in the above referenced matter. I am currently on a homicide trial in the matter of *People v. Kenton Connerly* before the Honorable Alvin Yearwood in Bronx County.

Therefore, I respectfully request permission for Jeremy Schneider to appear on my behalf at the conference scheduled for November 12th, 2019 at 12:00. I have informed Mr. Chardon and he consents to this request.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

The request is granted. DE # 164 resolved.

cc: All counsel, via ECF

SO ORDERED:

_____ 11/12/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE