UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                No. 18-CR-0319-LTS

MILTON CHARDON,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court received the attached letter from Mr. Chardon's fiancée, Desire Galan, on December 13, 2019. The names of Ms. Galan's minor children have been redacted pursuant to Federal Rule of Criminal Procedure 49.1. The original, unredacted letter will be filed under seal with the Clerk of Court.

      SO ORDERED.

Dated: New York, New York
       December 16, 2019

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

**Copy mailed to:**
Milton Chardon
#86113-054
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Honorable Judge Laura Taylor Swain,

    My name is Desire Galan, and the respondent Milton Chardon is my fiancé and also my best friend. I am a United States citizen. I am writing this letter in support of Milton's sentencing reduction.

    I have known Milton for over 8 years. Milton and I were best friends at first and in November of 2017 decided to take our friendship into the next step. Since then Milton has helped me raised both my children due to their father being absent. Milton has always been a loving caring person and always made sure our family was good and most importantly happy. He's been an excellent role model for my kids, which I know is hard to believe but please don't judge him on how he looks meaning tattoos and etc., Milton's exterior is nothing to what his interior is, he is the most wonderful caring respectful person ever and extremely supportive in all my decisions. He's been by my side and changed his whole life to give my children a valuable education. His absence has brought so much loneliness and emptiness into our home. My kids miss him so much especially my son whom considered him his best friend. My son ▉▉▉ is 17 years old and Milton has always guided him and made sure to keep him off the streets. As my daughter ▉▉▉ whom is 13, his absence really affected her school wise overall. My daughter has a very hard time accepting that the only male figure in her life is not around. ▉▉▉'s grades have dropped tremendously and I've noticed she's become very sad and depressed.

    I know Milton has been arrested multiple times, but Milton was young and naïve, it's not in his character to act in the way he did in his past but it is his past. Milton grew up with his father not being there for him and watching his mother struggle to make ends meet for his brothers and himself. Milton is such a bright person while being incarcerated we have been speaking on goals that he will obtain when he completes his sentence in regards to going to a vocational program which will assist him in picking up a trade that will offer him better support. Since Milton's arrest I've moved away a brought a house in Westchester so that when he comes home he can progress and start a new life away from where he grew up, I believe it's never too late to start over. I just want what's best for him and my family. I have been in the same job field for 10 years and never gave up hope in buying my home and I did it for us, the only thing missing is my soulmate.

    Milton has took this time to think about his consequences and regrets so much associating himself with people whom were not on the same page as he was, he is now a man with kids and a family whom depend on him and need him. I just want him to get another chance in life and prove to everyone that he is not the person he is pertained to be. All these story's that are being said about him are lies especially when there's no proof in any of the accusations. I ask, beg for you to please find it in your heart to reduce his time, I can promise you that he will be in the right path, there's nothing in this world that I would want more then to see my kids happy again, that will complete me. Thank you so much for taking time out to read my letter, wishing you and your family a blessed holiday.

                                                        Respectfully,

                                                        *signature*

                                                       Desire Galan