

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

January 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 1-21-2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
New York, New York 10007

**Re: *United States* v. *Milton Chardon*, et al., S1 18 Cr. 319 (LTS)**

Dear Judge Swain:

The Government writes to respectfully request adjournment of the conference scheduled for Thursday, January 23, 2020 at 12 p.m. The Government has conferred with counsel for all defendants, and the parties are available for a conference on February 19, 2020 before 11 a.m. and on February 20, 2020 after 12 p.m., with the exception of counsel for Yasmil Fertides, whose request for a change of counsel proceeding is currently pending before Your Honor. The Government further requests, and defense counsel consent to, exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, until the newly selected conference date.

Respectfully submitted,

cc: All Counsel

GEOFFREY S. BERMAN
United States Attorney

By: ________________
Karin Portlock / Maurene Comey / Jamie Bagliebter
Assistant United States Attorneys
(212) 637-1589 / 2324 / 2236

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned 2/19/20 AT 10:30 AM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 2/19/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

DE #195 resolved.

1/21/20
LAURA TAYLOR SWAIN, USDJ