UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                    No. 18-CR-00319-LTS

MILTON CHARDON,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter from Mr. Chardon, dated March 18, 2020, regarding defense strategy issues and confinement conditions. The letter will be filed under seal to protect attorney-client confidentiality, and a copy will be forwarded to defense counsel, who is requested to follow up with Mr. Chardon as promptly as possible.

    SO ORDERED.

Dated: New York, New York
       March 23, 2020

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

**Copy mailed to:**

Milton Chardon (No. 86113-054)
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007