UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                  No.  18 CR 319-LTS

MILTON CHARDON,

        Defendant.

--------------------------------------------------------x

<u>ORDER</u>

        For the reasons stated on the record during the April 21, 2020, telephonic hearing, Mr. Chardon's application for temporary release pursuant to 18 U.S.C. §3142(i) is denied.

        Docket entry nos. 227 and 232 are resolved.

        SO ORDERED.

Dated: New York, New York
       April 21, 2020

                                                                /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                United States District Judge