**Mark S. DeMarco**
Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

May 4, 2020

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**BY ECF & ELECTRONIC MAIL**

## MEMO ENDORSED

Re:   *United States v. Domingo Tolentino*
      **18 Cr. 319 (LTS)**

Your Honor:

     Mr. Tolentino is currently scheduled for sentencing on May 14, 2020, and, with the government's consent, I write to respectfully request that the sentencing be adjourned for 60-days or until July 14, 2020.

     Prior to the disclosure of his Presentence Investigation Report ("PSR"), Mr. Tolentino was transferred to the Orange County Jail in Goshen, New York, and because of the Covid-19 pandemic, I have been unable to meet with him to review the report and prepare him for sentencing. The adjournment is needed to properly prepare for sentencing.

     Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

cc:   Jamie Bagliebter, Esq.
      Assistant United States Attorney
      By Electronic Mail

The sentencing is adjourned to July 14, 2020, at 2:30pm and the related deadlines are modified accordingly. DE # 238 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ 5/4/2020