

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

Re: *United States* v. *Milton Chardon*, et al., S1 18 Cr. 319 (LTS)

Dear Judge Swain:

The Government writes to respectfully request adjournment of the pretrial conference scheduled for June 25, 2020 at 11:30 a.m. in light of the current health crisis caused by the COVID-19 virus. The Government has conferred with counsel for all defendants who consent to this request. The parties propose the conference be rescheduled for a date in September. The Government further requests an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 until the newly selected conference date so that the defendants can continue to review discovery and the parties can discuss possible pretrial dispositions. Defense counsel consents to this request for an exclusion of time.

Respectfully submitted,
GEOFFREY S. BERMAN
United States Attorney

By: /s/
Jamie Bagliebter
Karin Portlock
Maurene Comey
Assistant United States Attorneys
(212) 637-1589 / 2324 / 2236

cc: Defense Counsel (by ECF)

The application is granted. The conference is adjourned to September 10, 2020, at 3:30 p.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 10, 2020, outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above.

SO ORDERED.
Dated: June 13, 2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ