UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No.  18 CR 319-LTS

YASMIL FERTIDES et al.,

       Defendants.

-------------------------------------------------------x

## ORDER

Defense counsel who were appointed pursuant to the Criminal Justice Act ("CJA") are directed to contact Alan Nelson, the CJA budgeting attorney, at Alan_Nelson@ca2.uscourts.gov promptly to formulate budgets, if they have not already done so.

    SO ORDERED.

Dated: New York, New York
       October 13, 2020

                                                             /s Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge