UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 18-CR-319 (LTS)
:
MILTON CHARDON, :
:
                  Defendant. :
:
------------------------------------------------------------------------X

ORDER

       The Court has received Defendant Milton Chardon's letter, submitted pro se in advance of his sentencing, currently scheduled for December 18, 2020, seeking a downward departure from his applicable guidelines range pursuant to U.S.S.G. section 5K2.0, on the basis that the COVID-19 pandemic has caused him to suffer unusually difficult conditions of confinement while detained at the Metropolitan Correctional Center in Manhattan.[1]

       Mr. Chardon is advised that, as he is represented by counsel, the Court will not entertain direct applications by Mr. Chardon on his own behalf. Counsel for Mr. Chardon is directed to promptly provide Mr. Chardon a copy of this Order and discuss with him the issues raised in the submission.

       SO ORDERED.

Dated: New York, New York
       December 3, 2020

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge

---

[1] The Court notes that Mr. Chardon's plea agreement provides that "neither party will seek any departure or adjustment pursuant to the Guidelines that is not set forth" in that agreement.