UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK  10007

CHAMBERS OF
LAURA TAYLOR SWAIN

TEL. (212) 805-0417
FAX  (212) 805-0426

March 5, 2021

By First Class Mail

Milton Chardon
Reg. No. 86113-054
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Milton Chardon
Reg. No. 86113-054
FCI Berlin
Federal Correctional Institution
P.O. Box 9000
Berlin, NH 03570

United States v. Milton Chardon
Case No. 18 CR 319 (LTS) (S.D.N.Y.)

Dear Mr. Chardon:

The Court has received your letter mailed on March 1, 2021, regarding your custody at the Metropolitan Correctional Center, the challenges you and your family are going through, and your response to the sentence imposed upon you on December 18, 2020.

By copy of this letter, the Court is alerting your defense attorney to your letter, and suggesting that you reach out to your attorney with any questions about your sentence, the reasons for which the Court explained at your sentencing, and guilty plea, the consequences of which the Court explained at your change of plea hearing on October 23, 2020.

The Court extends its best wishes for your and your family's well-being.

Very truly yours,

/s/ Laura Taylor Swain
Laura Taylor Swain, U.S.D.J.

cc:     Deveraux Cannick, Esq.