UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -against-

MILTON CHARDON,

                  Defendant.

18-CR-319-2

---

    The Court has received Defendant Milton Chardon's letter dated January 19, 2022, requesting a 45 (forty-five)-day extension of his current deadline to file a reply in support of his pending motion to vacate pursuant to 28 U.S.C. section 2255 (see docket entry nos. 425 & 426), in light of an outbreak of COVID-19 at his facility.

    Mr. Chardon's application is granted. Mr. Chardon shall file any reply to the Government's answer dated January 3, 2022, by **March 21, 2022**.

    Chambers will mail a copy of this order to Mr. Chardon.

    SO ORDERED.

Dated: New York, New York
       February 2, 2022

                                                 /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge

**Copy mailed to**:
Milton Chardon
Reg. No. 86113-054
FCI Berlin
Federal Correctional Institution
P.O. Box 9000
Berlin, NH 03570